**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

HOWARD COHAN,                                                                CASE NO. 9:23-cv-81562-RLR

          Plaintiff,

v.

RIPPLE RESTAURANT AND CREW, LLC
a Florida Limited Liability Company
d/b/a CHICK FIL A PALMETTO AND 95,

          Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff HOWARD COHAN and Defendant RIPPLE RESTAURANT AND CREW, LLC on, by and through their undersigned counsel, hereby give the Court notice that the parties have reached a resolution in this matter.  The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

      The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated March 6, 2024.                                       Respectfully submitted,

                                                        */s/ Beth S. Joseph*
                                                        Beth S. Joseph
                                                        Florida Bar No. 0062952
                                                        Email: beth.joseph@morganlewis.com
                                                        Morgan, Lewis & Bockius LLP
                                                        600 Brickell Avenue, Suite 1600
                                                        Miami, FL 33131-3075
                                                        Telephone: 305.415.3308

                                                        *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on March 6, 2024. I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Beth S. Joseph
Beth S. Joseph

## SERVICE LIST

Gregory S. Sconzo
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Email: greg@sconzolawoffice.com

Counsel for Plaintiff