UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81562-RLR

HOWARD COHAN,

    Plaintiff,

vs.

RIPPLE RESTAURANT AND CREW, LLC
a Florida Limited Liability Company
d/b/a CHICK FIL A PALMETTO AND 95

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, RIPPLE RESTAURANT AND CREW, LLC, a Florida Limited Liability Company, d/b/a CHICK FIL A PALMETTO AND 95, (the Parties) hereby stipulate that Plaintiff voluntarily dismisses this action with prejudice against RIPPLE RESTAURANT AND CREW, LLC, a Florida Limited Liability Company, d/b/a CHICK FIL A PALMETTO AND 95.

RESPECTFULLY SUBMITTED April 2, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Beth S. Joseph** |
| Gregory S. Sconzo, Esq. | Beth S. Joseph |
| Florida Bar No.: 0105553 | Florida Bar No. 0062952 |
| Sconzo Law Office, P.A. | Email: beth.joseph@morganlewis.com |
| 3825 PGA Boulevard, Suite 207 | Morgan, Lewis & Bockius LLP |
| Palm Beach Gardens, FL 33410 | 600 Brickell Avenue |
| Telephone: (561) 729-0940 | Suite 1600 |
| Facsimile: (561) 491-9459 | Miami, FL 33131-2339 |
| Email: greg@sconzolawoffice.com | Telephone: 305.415.3000 |
| Email: alexa@sconzolawoffice.com | Facsimile: 305.415.3001 |
| Attorney for Plaintiff | Attorney for Defendant |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              **/s/ Gregory S. Sconzo**
                                              **Gregory S. Sconzo, Esq.**